STATE of Missouri, Respondent,

v.

Michael PEERY, Appellant.

Michael PEERY, Appellant,

v.

STATE of Missouri, Respondent.

No. 63866.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 14, 1995.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellant, Michael Peery, appeals from a jury trial conviction of burglary in the first degree, RSMo § 569.160 (1986), entered by the Circuit Court of Shelby County and for which appellant was sentenced as a prior and persistent offender, RSMo §§ 558.016 and 557.036.4 (Cum.Supp.1992), to fifteen years' imprisonment.[1] We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of the circuit court is not clearly erroneous. As

---

1. Although this is a consolidated appeal, appellant has failed to brief any points relating to denial of his Rule 29.15 motion without an evidentiary hearing. Points not briefed on appeal are deemed abandoned. *State v. Simmons*, 861 S.W.2d 128, 130 (Mo.App.E.D.1993).

we further find an extended opinion would serve no jurisprudential purpose, we affirm the circuit court's judgment pursuant to Rules 30.25(b) and 84.16(b).